Dated: December 22, 2010 14:03:52
The following is ORDERED:



*Sarah A Hall*
Sarah A Hall
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:  SUSAN LASHELLE DAWSON, )<br>                                                  )<br>                          Debtor.    )<br>_____)<br>                                                  )<br>FLOORPLAN XPRESS LLC-OK,    )<br>                                                  )<br>                          Plaintiff,   )<br>                                                  )<br>v.                                              )<br>                                                  )<br>SUSAN LASHELLE DAWSON, A/K/A )<br>SHELLI DAWSON,                       )<br>                                                  )<br>                          Defendant. )<br>_____) | CASE NO. 09-10483-SAH<br>Chapter 7<br><br><br><br><br><br><br><br>Adv. Pro. 09-1141-SAH |

### JUDGMENT

For the reasons stated in the Court's findings of fact and conclusions of law that were announced on the record on December 21, 2010, the Court hereby enters judgment in favor of the Plaintiff on its claim made pursuant to 11 U.S.C. § 523(a)(2)(A). As stated

B    10-099

on the record, the Court holds that the debt owed by the Defendant to the Plaintiff for $166,716.01 is excepted from the Defendant's discharge. The Court finds for the Defendant on all other claims.

# # #